UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-80104-CR-RYSKAMP/HOPKINS

UNITED STATES OF AMERICA,

 Plaintiff,

vs.

Bobby Lee Freeman,

 Defendant.
_____/

### ORDER AFFIRMING MAGISTRATE JUDGE'S
### REPORT AND RECOMMENDATION

**THIS CAUSE** came before the court upon the Report and Recommendation issued by United States Magistrate Judge James M. Hopkins on March 16, 2010.

The court has considered the Report and Recommendation, the pertinent parts of the record, and being otherwise fully advised in the premises it is :

**ORDERED and ADJUDGED** that the United States Magistrate's Report and Recommendation is hereby **ADOPTED AND AFFIRMED**. The Motion to Suppress Custodial Statement, DE# 43, Motion to Suppress Evidence, DE# 41, Motion to Suppress all evidence derived from Jail Telephone Calls, DE # 46, and Motion in limine to Exclude Jail telephone Conversations, DE # 47, are **Denied**.

**DONE and ORDERED** in West Palm Beach, this 24 day of March, 2010.

*/s/ Kenneth L. Ryskamp*
KENNETH L. RYSKAMP
UNITED STATES DISTRICT JUDGE

cc: counsel of record